AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

INEZ GRIFFIN,

       Petitioner,

       V.                    CASE NUMBER: **06-C-1068**

SHERIFF DAVID CLARKE, and
ATTORNEY GENERAL PEGGY LAUGHTENSCHLAGER,

       Respondents.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Inez Griffin's petition pursuant to Title 28, United States Code, Section 2241, is DENIED because she is not entitled to relief. This action is hereby DISMISSED.**

   **November 16, 2006**
Date                                                  Clerk

                                                     s/ Linda M. Zik
                                                     (By) Deputy Clerk